**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**ARTHUR RAY ROBINSON**                          **CIVIL ACTION NO. 19-1043**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**STATE OF LOUISIANA, ET AL.**                   **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Arthur Ray

Robinson's Petition for mandamus relief, [doc. # 1], is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 16th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE